UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

WESTERN BULK PTE LTD.,

                          Plaintiff,

                  - v -

BEIJING CSGC TIANTIE IRON & STEEL
TRADE CO. LTD. a/k/a SINOSTEEL
TIANTIE IRON & STEEL TRADE CO. LTD.
a/k/a BEIJING SINOSTEEL (CSGC)
TIANTIE IRON & STEEL TRADE CO.
LTD., SINOSTEEL CORPORATION, AND
TIANJIN TIANTIE METALLURGICAL GROUP
a/k/a TIANJIN TIANTIE METALLURGICAL
GROUP CO. LTD.,

                          Defendants.

----------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/09

**ORDER**

09 Civ. 2214 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

        **WHEREAS** the complaint in this action was filed on March 10,

2009; and

        **WHEREAS** Process of Maritime Attachment and Garnishment was

issued against, inter alia, funds and property belonging to, due

or being transferred to, from or for the benefit of defendants

in the amount of $1,880,000.00 pursuant to Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims of

the Federal Rules of Civil Procedure on March 13, 2009 (the

"Initial Order"); and

**WHEREAS** on March 13, 2009 this Court also issued an "Addendum to Order For the Process of Maritime Attachment" which stated that "if no assets are attached within 60 days of this order, then the order shall automatically expire and be vacated unless prior thereto counsel submits a detailed affidavit establishing to the Court's satisfaction good cause for an extension" (the "Addendum") and

**WHEREAS** by order on March 31, 2009 (the "Amended Order"), upon application by plaintiff, this Court increased the authorized amount of attachment to $2,055,000.00 and stated expressly that "the terms of the Court's Addendum . . . dated March 13, 2009 apply to this Amended Ex Parte Order;" and

**WHEREAS** plaintiff notified the Court in a notice dated April 20, 2009 that $200,000.00 of defendant Sinosteel Corporation has been attached; and

**WHEREAS** on May 14, 2009 the Court vacated the Amended Order to the extent it authorized the attachment of funds of Sinosteel Corporation; and

**WHEREAS** more than sixty (60) days have elapsed since the Court issued the March 13, 2009 Addendum, the only funds that have been restrained since March 13, 2009 were improvidently restrained, and plaintiff has not endeavored to show good cause why the Court should grant an extension; it is hereby

**ORDERED** that the attachment be vacated and the case be

closed.

Dated:     New York, New York
           May 29, 2009

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to
the following:

**Attorney for Plaintiff**
Kevin J. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
The Graybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170

**Attorney for Defendant**
Henry J. Cittone, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036